affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CHARLES A. WHITE, as Administrator, etc., of JOHN GLOWACKI, Deceased, Appellant, v. MICHAEL T. WEISSER, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of Proving the Last Will and Testament of FRANCES FREDERICKS, Deceased.— Decree affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

SUSIE WATSON, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

SUSIE WATSON, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order denying motion for new trial on the ground of newly-discovered evidence affirmed, with costs, upon the ground that in denying the motion there was no abuse of judicial discretion. All concur, except Taylor, J., who dissents. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ROLLIN A. MUDGE, Respondent, v. JEROME P. MILLER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

UTICA GAS AND ELECTRIC COMPANY, Plaintiff, v. HARRY LANCASTER and Another, Doing Business under the Firm Name and Style of "L. & M. STONE COMPANY," Defendants.— Submitted controversy determined in favor of the plaintiff, without costs to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

FRANCIS B. GMINSKI, Appellant, v. GOLDEN SEAL ASSURANCE SOCIETY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARTHA RUDZINSKA, Appellant, v. GOLDEN SEAL ASSURANCE SOCIETY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

OLIVER RAY, Respondent, v. MORRIS GORENKIN, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MABEL R. KNOTT, Respondent, v. LIBERTY BANK OF BUFFALO, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of Awarding Letters of Administration de Bonis Non with the Will Annexed upon the Estate of HENRY H. BYRON, Deceased.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO INFANTINO, Appellant.— Time for argument of appeal extended to May 4, 1928, and certificate of reasonable doubt continued. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NORA GARDNER, as Administratrix, etc., of PETER GARDNER, Deceased, Appellant, v. EMPIRE STATE RAILROAD CORPORATION, Respondent.— Motion to dismiss appeal denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.